IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, PC
    Plaintiff,

vs.

UNITED STATES DEPARTMENT OF
TRANSPORTATION; and UNITED STATES
MARITIME ADMINISTRATION
    Defendants.

Case Number: 1:07CV0366 (RMU)

AFFIDAVIT SERVICE BY SPECIAL PROCESS SERVER

I, Andre W. Keith, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby declare and says:

    That my age and date of birth are as follows: 8-31-61
    That my business address is: 1115 Mass. Ave., NW, Wash., DC.
    That I am not a party to or otherwise interested in this case.

    That at 4:30 pm on the 20th day of February, 2007, I personally served a Summons, Complaint, Consent to Proceed Before a United States Magistrate Judge for all Purposes and Notice of Right to Consent to Trial Before United States Magistrate Judge upon the United States Department of Transportation by delivering the same to Thelma Goldring, Supervisory Paralegal Specialist, at 400 Seventh Street, SW, Washington, DC 20590.

DESCRIPTION: Black female, black hair, 5'6", 160 lbs., 50

_____
Andre W. Keith

Subscribed and Sworn to before me this 21st day of February, 2007.

_____
Notary Public - DC

My Commission Expires: 12-14-10

RECEIVED
FEB 21 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT