IN THE UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

GALLAND, KHARASCH, GREENBERG
FELLMAN & SWIRSKY, PC
   Plaintiff,

vs.                             Case Number: 1:07CV0366

UNITED STATES DEPARTMENT OF TRANSPORTATION;
and UNITED STATES MARITIME ADMINISTRATION
   Defendants.

AFFIDAVIT SERVICE BY SPECIAL PROCESS SERVER

I, Andre W. Keith, having been duly authorized to make service of the Summons and Complaint in the above entitled case, hereby declare and says:

   That my age and date of birth are as follows: 8-31-61
   That my business address is: 1115 Mass. Ave., NW, Wash., DC.
   That I am not a party to or otherwise interested in this case.

   That at 3:45 pm on the 21st day of March, 2007, I personally served a Summons and Complaint upon United States Attorney for the District of Columbia by delivering the same to Gary Nails, employee authorized to accept service of process at 501 3rd Street, NW, Washington, DC.

DESCRIPTION:  Black male, black dred locks, mustache, goatee, 6'0", 190 lbs., 30's

_____
Andre W. Keith

Subscribed and Sworn to before me this 21st day of March, 2007.

_____
Notary Public - DC

My Commission Expires: 12-14-10