IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GALLAND KHARASCH GREENBERG FELLMAN & SWIRSKY, PC,

Plaintiff,

v.

UNITED STATES DEPARTMENT OF TRANSPORTATION; and UNITED STATES MARITIME ADMINISTRATION,

Defendants.

Civil Action No. 1:07CV0366

The Honorable Ricardo M. Urbina

Deck Type: FOIA/Privacy Act

NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(I) of the Federal Rules of Civil Procedure, Plaintiff Galland Kharasch Greenberg Fellman & Swirsky, PC hereby gives notice of the voluntary dismissal, without prejudice, of all claims against all Defendants in this action.

Respectfully submitted,

David K. Monroe, DC Bar No. 358763
GALLAND KHARASCH GREENBERG
FELLMAN & SWIRSKY, PC
1054 Thirty-First Street, NW
Washington, DC 20007
Telephone: 202/342-5200
Facsimile: 202/342-5219
Email: dmonroe@gkglaw.com

DATE: April 20, 2007

CERTIFICATE OF SERVICE

I do hereby certify that a true and correct copy of the foregoing document was delivered to the following addressees at the addresses stated by depositing same in the United States mail, first class postage prepaid, this 20th day of April 2007:

Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

U.S. Attorney for the District of Columbia
U.S. Department of Justice
Attn: Secretary to Chief of Civil Division
Judiciary Center
555 Fourth Street, NW
Washington, DC 20530

Ms. Thelma Goldring
Supervisory Paralegal Specialist
U.S. Maritime Administration
400 Seventh Street, SW
Washington, DC 20590

Ms. Thelma Goldring
Supervisory Paralegal Specialist
U.S. Department of Transportation
400 Seventh Street, SW
Washington, DC 20590

______________________________